1  JAIKARAN SINGH, CA Bar No. 201355
    jsingh@foley.com
2  KELSEY FINN, CA Bar No. 334670
    kfinn@foley.com
3  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3300
4  LOS ANGELES, CA 90071-2418
   TELEPHONE: 213.972.4500
5  FACSIMILE:  213.486.0065

6  Attorneys for Defendant Master Lock
   Company LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ANTHONY PAN, an individual;<br><br>                    Plaintiff,<br><br>       vs.<br><br>MASTER LOCK COMPANY, LLC., a Delaware corporation;<br><br>                    Defendant. | Case No. 2:22-cv-08943-JLS-AS<br><br>**DEFENDANT MASTER LOCK COMPANY LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[CLASS ACTION]<br><br>Date:   May 12, 2023<br>Time:   10:30 a.m.<br>Ctrm:   8A, 8th Floor<br>Judge:  Hon. Josephine L. Staton<br><br>Complaint filed: December 9, 2022<br>FAC filed: March 10, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 12, 2023, at 10:30 a.m., or as soon thereafter as this matter may be heard in courtroom of the Honorable Josephine L. Staton at the United States District for the Central District of California, Courtroom 8A, 8th Floor, 350 West 1st Street, Los Angeles, CA 90012, Defendant Master Lock Company LLC ("Defendant") will and hereby moves this Court for an order dismissing Plaintiff Anthony Pan's ("Plaintiff") First Amended Complaint and each claim asserted therein.

This motion is made pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1) and (b)(6), and on the grounds that Plaintiff lacks standing under Article III of the United States Constitution to pursue any of the claims alleged in his First Amended Complaint. The grounds for the motion are more fully set forth in the Memorandum of Points and Authorities, filed herewith.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all filings and pleadings in this action, and all filings and on such other and further matters as the Court may consider.

This Motion is made following a conference of counsel pursuant to L.R. 7-3, which took place by telephone on March 16, 2023.

DATED: March 24, 2023

**FOLEY & LARDNER LLP**
Jaikaran Singh
Kelsey Finn


*/s/ Jaikaran Singh*
Jaikaran Singh
Attorneys for Defendant Master Lock Company LLC