UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 22-08943-JLS (ASx)                    Date: May 9, 2023
Title:  Anthony Pan v. Master Lock Company, LLC

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

    V. R. Vallery                                          N/A
    Deputy Clerk                                     Court Reporter

Attorneys Present for Plaintiff:                 Attorneys Present for Defendant:

    Not Present                                        Not Present

**Proceedings:**          **(IN CHAMBERS) SCHEDULING ORDER**

    The Court has received and reviewed the parties' Joint Rule 26(f) Report. (Doc. 27.)  The Scheduling Conference set for hearing May 12, 2023 is VACATED, and the following schedule is set.

    Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.

    Below, the Court sets a Rule 23 class certification briefing schedule.  The reports of experts who will offer opinions related to issues of class certification shall be disclosed no later than the filing of the motion (Plaintiff) and the opposition brief (Defendants).

    Except for the motion for class certification, counsel shall notice all hearings for the first available motions date at the time of the filing of the motion, and the deadlines for opposition and reply briefs shall be in accordance with Local Rule 7-9 and 7-10.  (See <<http://www.cacd.uscourts.gov/honorable-josephine-l-staton>> for closed civil motions hearing dates; see also Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

    The motion for class certification shall be noticed for hearing on the first available motions hearing date at the time of the filing of the motion, but no earlier than **May 17, 2024.**

    The dates and deadlines set forth below will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  See Fed. R. Civ. P. 16(b)(4). Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  CV 22-08943-JLS (ASx)                    Date: May 9, 2023

Title:  Anthony Pan v. Master Lock Company, LLC

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

| | |
|---|---:|
| Last Day to File a Motion to Add Parties or Amend Pleadings[1] : | **July 7, 2023** |
| Last Day to File a Motion for Class Certification: | **January 12, 2024** |
| Last Day to File an Opposition to Motion for Class Certification: | **March 15, 2024** |
| Last Day to File a Reply to Motion for Class Certification: | **May 3, 2024** |
| Fact Discovery Cutoff: | **February 9, 2024** |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | **March 8, 2024** |
| Last Day to Serve Initial Expert Reports: | **February 23, 2024** |
| Last Day to Serve Rebuttal Expert Reports: | **April 5, 2024** |
| Expert Discovery Cutoff: | **May 3, 2024** |
| Last Day to Conduct Settlement Proceedings: | **April 26, 2024** |
| Last Day to file *Daubert* Motions:[2] | **May 10, 2024** |
| Last Day to File Motions in Limine: | **September 13, 2024** |
| Final Pretrial Conference (10:30 a.m.): | **October 11, 2024** |
| Preliminary Trial Estimate:[3] | **7-10 days** |

**IT IS SO ORDERED.**                    Initials of Deputy Clerk:  vrv

---

[1] This includes the deadline by which counsel must identify and, if necessary, amend to add class representatives. The Court's determination that an existing class representative or representatives are inadequate (for example, after a hearing on a class certification motion) will not provide the necessary "good cause" pursuant to Federal Rule of Civil Procedure 16(b)(4) to amend this Scheduling Order.

[2] *Daubert* motions are to be noticed for hearing on the first available civil motions hearing date.  If no dates are available before the Final Pretrial Conference, then they may be set for the same date and time as the Final Pretrial Conference.

[3] This is the parties' estimate.  The Court may allot fewer days for trial.