# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAN, an individual; | CASE NO.: 2:22-cv-08943-JLS-AS |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER (Doc. 44)** |
| MASTER LOCK COMPANY, LLC., a Delaware corporation; | |
| Defendant. | |

The Court, having considered the Parties' Stipulation to Modify Scheduling Order, and good cause appearing therefore, ORDERS as follows:

- Last Day to File a Motion for Class Certification: May 20, 2024;
- Last Day to File an Opposition to Motion for Class Certification: July 26, 2024;
- Last Day to File a Reply to Motion for Class Certification: August 23, 2024;
- Fact Discovery Cutoff: June 7, 2024;
- Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): July 19, 2024;
- Last Day to Serve Initial Expert Reports: June 28, 2024;
- Last Day to Serve Rebuttal Expert Reports: July 12, 2024;
- Expert Discovery Cutoff: August 16, 2024;
- Last Day to Conduct Settlement Proceedings: August 9, 2024;
- Last Day to File Daubert Motions: August 16, 2024;
- Last Day to File Motions in Limine: December 16, 2024;
- Final Pretrial Conference: January 20, 2025.

**IT IS SO ORDERED.**

Dated: March 1, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE