Benjamin Gubernick (SBN 321883)
**WALDO GUBERNICK**
**LAW ADVOCATES LLP**
717 Texas St. Suite 1200
Houston, TX 77002
623-252-6961
ben@wglawllp.com

Attorneys for Plaintiff

JAIKARAN SINGH, CA Bar No. 201355
  jsingh@foley.com
KELSEY FINN, CA Bar No. 334670
  kfinn@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MASTER LOCK COMPANY, LLC., a Delaware corporation;<br><br>Defendant. | CASE NO.: 2:22-cv-08943-JLS-AS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff Anthony Pan ("Plaintiff") and Defendant Master Lock Company LLC, (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff's individual and class claims, in their entirety, with prejudice, with each side to bear its own costs, expenses, and fees.

DATED:                                  **GUBERNICK LAW P.L.L.C.**

*/s/Benjamin Gubernick*
Benjamin Gubernick
Attorneys for Plaintiff
ANTHONY PAN

DATED:                                  **FOLEY & LARDNER LLP**
                                        Jaikaran Singh

*/s/Jaikaran Singh*
Jaikaran Singh
Attorneys for Defendant MASTER LOCK COMPANY LLC

Pursuant to L.R. 5-4.3.4, I attest that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing content and has authorized the filing.

*/s/Benjamin Gubernick*
Benjamin Gubernick